### HITCH, administrator, *v.* DAVIS & BRANDON.

ATKINSON, J. Under the pleadings and evidence there was no abuse of discretion in refusing to grant an interlocutory injunction.
         *Judgment affirmed. All the Justices concur.*
         APRIL 17, 1914.

Petition for injunction. Before Judge Conyers. Camden superior court. May 31, 1913.

*J. L. Sweat, John T. Myers,* and *Parks & Reed,* for plaintiff.
*R. D. Meader,* for defendants.

---

### DONAHOO *v.* PETERSON.

EVANS, P. J. The evidence supports the verdict, and in so far as the request to charge was pertinent and legal it was covered by the general charge.      *Judgment affirmed. All the Justices concur.*
         APRIL 17, 1914.

Complaint. Before Judge Parker. Charlton superior court. February 8, 1913.

*W. M. Olliff* and *J. L. Sweat,* for plaintiff in error.
*W. B. Gibbs* and *Wilson, Bennett & Lambdin,* contra.